UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
RITA MARIE NEWMAN,  
Debtor,  
_____/

CASE NO. 19-24332-BKC-SMG

## OBJECTION TO CLAIM NO. 2-1 OF THE INTERNAL REVENUE SERVICE

**IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM THIS OBJECTION SEEKS TO EITHER DISALLOW OR REDUCE THE AMOUNT OR CHANGE THE PRIORITY STATUS OF THE CLAIM FILED BY YOU OR ON YOUR BEHALF PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED. THIS OBJECTION ALSO SETS AN EXPEDITED HEARING ON THIS OBJECTION ON THE DATE ALREADY SCHEDULED FOR THE CONFIRMATION HEARING IN ACCORDANCE WITH ADMINISTRATIVE ORDER 99-4, "ORDER SHORTENING THE TIME FOR SERVING AND NOTICING HEARING ON CERTAIN OBJECTIONS TO CLAIMS IN CHAPTER 13 CASES".**

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Administrative Order 99-4, the Debtor, by and through undersigned counsel, hereby files this Objection to Claim 2-1 of the Internal Revenue Service, and in support thereof states as follows:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 2-1 | INTERNAL REVENUE SERVICE | $249949.88 | Debtor disputes the Claim #2-1 on the ground that the Debtor that the Debtor has a pending divorce and the separated husband's accountant is in the process of amending tax returns. The Debtor will be filing for "innocent spouse" and likely a married filing separately tax return. The property is worth $346,000.00 The mortgage is $344,729.09 and United Community Management, the association is owed $15395.89. Accordingly, there is no equity support a secured claim. |

Wherefore, the Debtor requests this Court to enter an Order striking the secured portion.

*The movant, or movant's counsel, <u>Bigge & Rodriguez</u>, shall serve a copy of this objection and notice of hearing on all required parties and shall file this original objection and notice and completed certificate of service (printed on reverse) with the court not later than 14 days prior to the hearing date.*

*All moving or objecting parties shall bring to the hearing, a proposed order, sustaining their position, with appropriate copies and envelopes.*

### CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

*I hereby certify that a true copy of this "Objection to Claim and Notice of Hearing On Shortened Notice on Objection to Claim" were served on all parties listed below on 25th day of October 2019.*

Robin Weiner, Trustee
(electronically)

Assistant U. S. Trustee
(electronically)

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Internal Revenue Service
c/o D. Stewart Bankruptcy Specialist
401 S.W. Peachtree St. N.W.
Room 900 M/S 334-D
Atlanta, GA 30308

US Attorney
Southern District of Florida
99 NE 4 St
Miami, FL 33132

Honorable William Barr
Attorney General of the United States
Dept. Of Justice, Room 4400
950 Pennsylvania Ave N.W.
Washington, DC 20530-0001

Special Assistant U.S. Attorney
c/o Internal Revenue Service (SBSE)
POB 9, Stop 8000
51 S.W. 1st Ave.

Miami, FL 33130

Civil Process Clerk at the Office of
HONORABLE ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida
99 N.E. 4 St
Miami, FL 33132

  *I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).*

             *Bigge & Rodriguez*
             *Attorneys for Debtor*
             *915 Middle River Drive, Suite 401*
             *Fort Lauderdale, FL 33304*
             *(954) 400-7322 / (954) 400-5449 Fax*

             By: */S/ ROBERT J. BIGGE, JR.*
               *Robert J. Bigge, Jr.*
               *Florida Bar No. 906610*